## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DELAILAH LORENZI,

    Plaintiff,

v.                                              Case No: 8:15-cv-46-T-30AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. #27) and Plaintiff's Objection (Dkt. #28) thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #27) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED.

3. Each party shall bear its own costs and expenses.

    4.       The Clerk is directed to enter judgment in favor of Defendant consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

    5.       The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Even\2015\15-cv-46 adopt 27.docx